DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LUKE TERRENCE POLITI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0374

_____

August 14, 2026

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Jacob Grollman of Grollman Law, P.A., Bradenton, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

SLEET, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.